IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-002129-RBJ

GEORGE ULIBARRI,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS COURT HAS REVIEWED the Stipulation for Dismissal with Prejudice [ECF No. 20] submitted by the parties and the Court file. Being fully advised, the Court does APPROVE and ACCEPT the Stipulation, Ordering as follows:

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice. Each party shall pay his or its own respective attorney's fees and costs.

DATED this 7th day of May, 2015.

    BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge